USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/89

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BRANDI DAWN SCHEINER, *ET AL.*,        :        08 Civ. 9072 (SHS)

           Plaintiffs,        :

   -against-        :        <u>ORDER</u>

MICHAEL BLOOMBERG, *ET AL.*,        :

           Defendants.        :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

    IT IS HEREBY ORDERED that Edward D. Fagan, former attorney for the plaintiffs in this action, is directed to immediately send a copy of the attached Memorandum Opinion and Order dated March 17, 2009, to each of his former clients, all plaintiffs in this action.

Dated: New York, New York
       March 17, 2009

                                SO ORDERED:

                                _____
                                Sidney H. Stein, U.S.D.J.